



## MEMORANDUM OPINION

No. 04-11-00874-CV

**IN THE INTEREST OF S.D**., F.G., and F.V., Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02628
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                  Karen Angelini, Justice
                  Marialyn Barnard, Justice

Delivered and Filed:  February 1, 2012

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP.

P. 42.1(a)(1).  We order that no costs be assessed against appellant because he is indigent.


PER CURIAM